UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

ANNIE HOFSTATTER, on behalf of herself
and all others similarly situated,

        Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No. 1:20-CV-05577-ENV-CLP

EVEREST RECEIVABLE SERVICES, INC.,

        Defendant.
_____

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff voluntarily dismisses, with prejudice, the subject action against Defendant with each party to bear its respective attorneys' fees and costs incurred in this action.

DATED:　　　August 2, 2021

| | |
|---|---|
| LIPPES MATHIAS WEXLER FRIEDMAN LLP | ADAM J. FISHBEIN, P.C. |
| /s Brendan H. Little | /s Adam J. Fishbein |
| Brendan H. Little, Esq. | Adam J. Fishbein, Esq. |
| Attorneys for Defendant | Attorneys for Plaintiff |
| 50 Fountain Plaza, Suite 1700 | 735 Central Avenue |
| Buffalo, NY 14202 | Woodmere, NY 11598 |
| P: 716-853-5100 | P: 516-668-6945 |
| F: 716-853-5199 | E: fishbeinadamj@gmail.com |
| E: blittle@lippes.com | |

    Application Granted
      SO ORDERED
    Brooklyn, New York
     Dated: 8/03/2021

    */s/ Eric N. Vitaliano*

     Eric N. Vitaliano
   United States District Court

1